UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:     STEVEN D FAIOLA                          Chapter 7
           Debtor                                   BK No: 21-10794

## CHAPTER 7 TRUSTEE'S OBJECTION TO MOTION TO DISMISS

Charles A. Pisaturo, Jr., the chapter 7 trustee in the above captioned case, hereby objects to the debtor's Motion to Dismiss Case (Doc 20) filed on December 3, 2021.   In support hereof, the trustee states as follows:

1.     The debtor filed a chapter 7 bankruptcy petition on October 29, 2021.   The undersigned is the duly appointed chapter 7 trustee.

2.     The debtor's meeting of creditors pursuant to 11 U.S.C. §341 was scheduled for December 2, 2021.   The Trustee convened the creditors' meeting on the scheduled date and time, but the debtor did not appear for the meeting.   Consequently, the Trustee cannot determine whether there is "cause" for dismissal of the debtor's case. 11 U.S.C. § 707 (a).   The Trustee cannot determine whether the dismissal of the case is in the best interest of all parties, including creditors.   The Trustee continued the meeting to December 20, 2021 at 11:00 AM.

3.     The Trustee believes that the creditors' meeting under 11 U.S.C. §341 should be held and concluded prior to the Court ruling on the debtor's motion to dismiss.

WHEREFORE, the chapter 7 Trustee requests that this Court deny the debtor's Motion to Dismiss and for such other and further relief as is just.

December 6, 2021                          /s/Charles A. Pisaturo, Jr._____
                                         CHARLES A. PISATURO, JR. (REG. NO. 4615)
                                         Trustee
                                         Law Offices of Charles A. Pisaturo, Jr.
                                         1055 Elmwood Avenue

Providence, RI     02907
TEL:   (401) 274-3800
FAX:   (401) 751-6786

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2021, I served by electronic filing (ECF) or regular US Mail, a true copy of the within CHAPTER 7 TRUSTEE OBJECTION TO MOTION TO DISMISS CASE to the following parties: Gary L. Donahue, Esq., Assistant U.S. Trustee, Elizabeth A. Lonardo, Esq.:

Steven D. Faiola
1137 ½ Hartford Avenue
Apt 5B
Johnston, RI 02919

/s/ Charles Pisaturo
Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence, RI 02907